UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

MICHELE CLOUTIER,          :
    Plaintiff              :          2004 JAN 22  P 12: 25
                           :
    v.                     :          US DISTRICT  3:02CV616 (AHN) JF
                           :          BRIDGEPORT CT
GORDON R. ENGLAND,         :
Secretary of the Navy,     :
    Defendant              :

JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on February 28, 2004, with the deadline for filing dispositive motions to occur on April 14, 2004.

As previously represented, the parties have made a concentrated effort to resolve this matter, including engaging in alternate dispute resolution and ongoing settlement discussions. Additional discovery is necessary to address issues that impose obstacles to settlement.

The parties have made progress in discovery including an expert witness deposition and exchanging written discovery. While the parties have made good faith efforts to complete discovery, based on the detailed nature of the discovery sought by the parties, discovery disputes, protracted settlement negotiations as well as the press of business, the parties believe that additional time for discovery is necessary and warranted. Plaintiff's health has been a barrier to the completion of discovery and thus Defendant has not deposed the Plaintiff or had her examined by his

Motion Granted.
Discovery cutoff date  6.28.04
Dispositive Motions due by  8.13.04
SO ORDERED
1 /26/04                  ALAN H. NEVAS, U.S.D.J.