UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND,<br>SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | | MARCH 18, 2004 |

### MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER

Defendant Secretary of the Navy respectfully moves for entry of the attached proposed consent protective order. This protective order is needed because plaintiff, through discovery, seeks disclosure of information otherwise protected by the Privacy Act, 5 U.S.C. §552a. The attached proposed Order has been consented to and signed by counsel for both parties.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    CAROLYN A. IKARI
    ASSISTANT UNITED STATES ATTORNEY
    450 Main Street, Room 328
    Hartford, Connecticut  06103
    (860) 947-1101
    Federal Bar No. ct13437

**ORAL ARGUMENT IS NOT REQUESTED**

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 18th day of March, 2004, to:

Raymond T. Trebisacci
398 Liberty Street
Pawcatuck, CT  06739

Edward Formisano
Sinapi, Formisano & Coleman
100 Midway Place
Suite 1
Cranston, RI 02920-5707

AUSA William Brown
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510.

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY