UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 19 P 1:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHELE CLOUTIER,           :

    Plaintiff,          :   CIV. NO. 3:02CV616(AHN)

    v.                  :

GORDON R. ENGLAND,          :
SECRETARY OF THE NAVY,
                        :
    Defendant.              MARCH 18, 2004

**MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER**

Defendant Secretary of the Navy respectfully moves for entry the attached proposed consent protective order. This protective order is needed because plaintiff, through discovery, seeks disclosure of information otherwise protected by the Privacy Act, 5 U.S.C. §552a. The attached proposed Order has been consented to and signed by counsel for both parties.

3/25,2004 GRANTED
ALAN H. NEVAS, U.S.D.J.
SO ORDERED

FILED
2004 MAR 29 P 2:47
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

**ORAL ARGUMENT IS NOT REQUESTED**