UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHELE CLOUTIER,           :

     Plaintiff,          :     CIV. NO. 3:02CV616(AHN)

        v.             :

GORDON R. ENGLAND,       :
SECRETARY OF THE NAVY,
                       :
     Defendant.          MARCH____, 2004

**STIPULATED PROTECTIVE ORDER**
**FOR MATERIAL PRODUCED IN DISCOVERY**

WHEREAS the plaintiff has propounded discovery requests requiring disclosure of documents and provision of discovery responses containing documents and information protected by the Privacy Act of 1974, 5 U.S.C. § 552a(a)(4) ("Privacy Act"); and

WHEREAS the particular circumstances of the above-captioned litigation warrant the exchange of protected documents and information between counsel for the parties, provided that appropriate protection of the material is secured;

It is hereby ORDERED, pursuant to the provisions of the Privacy Act, 5 U.S.C. § 552a(b)(11), that:

1.    The protected documents and information, and any and all information contained in and derived solely from them, shall be used only by the plaintiff and her counsel for the sole purpose of this litigation and shall not be disclosed, in any manner

whatsoever, to anyone for any other purpose or reason whatsoever.

2.    The protected documents and information, and all copies thereof, produced to the plaintiff in connection with this case must be destroyed upon termination of this proceeding and any appeals taken herein.  Upon termination of this proceeding and any appeals taken herein, counsel for the plaintiff must certify in writing that all protected documents and information, and all copies thereof, have been shredded or otherwise destroyed.

3.    Except as otherwise provided in this Order, or ordered by the Court, Privacy Act-protected documents and information may be disclosed only to the following persons: (a) parties in this action; (b) counsel for the parties, partners, associates, secretaries and paralegal assistants, and employees of such counsel to the extent reasonably necessary to render professional services in the litigation; (c) persons retained by said counsel to assist in pre-trial discovery, preparation for trial or to serve as expert witnesses, provided that such disclosure is reasonably and in good faith calculated to aid in the litigation of this case; (d) persons with factual knowledge relating to this case who may be called as witnesses at trial, provided that such disclosure is reasonably and in good faith calculated to aid in the litigation of this case; and (e) any deponent in this case during his or her deposition.  All individuals who have access to information contained in and derived

solely from the protected documents and discovery responses pursuant to this Order shall be informed of the terms of this Order.

4.    Any document or information subject to this Order, and copies thereof, may be used or marked prior to trial in the taking of any deposition herein, provided that no copy of such deposition exhibits shall be disclosed to any person or entity other than those specified in the foregoing numbered paragraph 3.

5.    Any document or information subject to this Order, and copies thereof, may be filed with the Court or used in any judicial proceeding, provided reasonable notice is given to the producing party prior to filing or the judicial proceeding, of the intention to file, use, or mark as an exhibit for entry into evidence any protected document or discovery response; provided, however, that this notice requirement does not apply to documents used at trial. This paragraph is intended to provide the parties adequate opportunity to prepare and raise any objection they may have to the use at trial of such protected documents or discovery responses or, in the event of filing such documents or discovery responses with the Court, the opportunity to seek to have the documents or discovery responses placed under seal, and does not constitute any ruling on the admissibility of such protected documents or discovery responses.

6.   This Order does not constitute any ruling on the question of whether any particular document or information is properly discoverable and does not constitute any ruling on any potential objection to the discoverability of any document, other than objections based on the Privacy Act.

7.   To the extent practicable, protected documents and discovery responses shall henceforth be marked "Subject to Protective Order" by the producing party prior to disclosure or shall be designated as such when they are produced.  Past or future failure to so mark protected documents or discovery responses shall not be deemed to waive the protection afforded by this Order with respect to those documents or discovery responses.

8.   Any document or working paper created by counsel, containing any document or information subject to this Order, shall be protected from disclosure in accordance with all the terms of this Order.

9.   The parties to this Order may on notice apply to the Court for relief from, or modification of, any term or provision of this Order.

4

STIPULATED AND AGREED:

                                      PLAINTIFF,
                                        MICHELE CLOUTIER

_____

                                        EDWARD FORMISANO
                                        SINAPI, FORMISANO & COLEMAN
                                        100 Midway Place, Suite 1
                                        Cranston, R.I. 02920-5707
                                        (401) 944-9690
                                        Admitted pro hac vice

                                        DEFENDANT,
                                        SECRETARY OF THE NAVY

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                  _____

                                        CAROLYN A. IKARI
                                        ASSISTANT U.S. ATTORNEY
                                        450 Main Street
                                        Hartford, Connecticut  06103
                                        (860) 947-1101
                                        Federal Bar No. ct13437

SO ORDERED this _____ day of _____, 2004.

                                  _____
                                        ALAN H. NEVAS
                                        SENIOR UNITED STATES DISTRICT JUDGE