UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND,<br>SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | | MARCH 24, 2004 |

**NOTICE OF SUBSTITUTION OF DEFENDANT**

    Gordon R. England, Secretary of the Navy, has succeeded the previously-named defendant, Robert B. Pirie, Jr.  The Defendant previously advised the Court of this in a footnote in a filing dated June 17, 2002.  It has come to the defendant's attention that a separate notice of substitution will facilitate docketing by the Clerk.  Therefore, Secretary England's name is substituted here pursuant to Fed. R. Civ. P. 25(d)(1) and Defendant requests that the Court direct the Clerk to update the caption in the Court's records accordingly.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY


                                    CAROLYN A. IKARI
                                    ASSISTANT UNITED STATES ATTORNEY
                                    450 Main Street, Room 328
                                    Hartford, Connecticut  06103
                                    (860) 947-1101
                                    Federal Bar No. ct13437

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 24th day of March, 2004, to:

Raymond T. Trebisacci
398 Liberty Street
Pawcatuck, CT  06739

Edward Formisano
Sinapi, Formisano & Coleman
100 Midway Place
Suite 1
Cranston, RI 02920-5707

AUSA William Brown
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510.

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY