40

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 31  A 10: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | MARCH 24, 2004 |

APPROVED
ALAN H. NEVAS, U.S.D.J.
4/7/2004

SO ORDERED

FILED 2004 APR -8 P 4:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### NOTICE OF SUBSTITUTION OF DEFENDANT

Gordon R. England, Secretary of the Navy, has succeeded the previously-named defendant, Robert B. Pirie, Jr.  The Defendant previously advised the Court of this in a footnote in a filing dated June 17, 2002.  It has come to the defendant's attention that a separate notice of substitution will facilitate docketing by the Clerk.  Therefore, Secretary England's name is substituted here pursuant to Fed. R. Civ. P. 25(d)(1) and Defendant requests that the Court direct the Clerk to update the caption in the Court's records accordingly.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437