UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND,<br>SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | | MAY 26, 2004 |

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO WRITTEN DISCOVERY AND ATTENDANCE AT DEPOSITION AND MEDICAL EXAMINATION**

Pursuant to Fed. R. Civ. P. 37(a) and D. Conn. L. Civ. R. 37(a), the defendant Secretary of the Navy moves for an order compelling the plaintiff to serve answers to interrogatories and requests for production, appear for a medical examination, and appear for deposition. The undersigned counsel certifies that counsel have conferred in good faith over an extended period of time regarding these discovery failures and are at impasse. In support of this Motion, the defendant submits the accompanying memorandum of law with two exhibits.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY


                                        CAROLYN A. IKARI
                                        ASSISTANT UNITED STATES ATTORNEY
                                        450 Main Street, Room 328
                                        Hartford, Connecticut  06103
                                        (860) 947-1101
                                        Federal Bar No. ct13437

**ORAL ARGUMENT IS NOT REQUESTED**

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been sent via facsimile and mailed, postage prepaid, this 26th day of June, 2004, to:

    Edward Formisano
    Sinapi, Formisano & Company, Ltd.
    100 Midway Place
    Suite 1
    Cranston, RI 02920-5707

and mailed, postage prepaid, to:

    Raymond T. Trebisacci
    398 Liberty Street
    Pawcatuck, CT  06739

    AUSA William Brown
    Office of the U.S. Attorney
    157 Church Street, 23rd Floor
    New Haven, Connecticut 06510

    Honorable Holly B. Fitzsimmons
    United States Magistrate Judge
    United States District Court
    915 Lafayette Boulevard
    Bridgeport, Connecticut  06604

    _____
    CAROLYN A. IKARI
    ASSISTANT UNITED STATES ATTORNEY