**SINAPI**
**FORMISANO**
**& COMPANY, LTD.**

ATTORNEYS AT LAW

RICHARD A. SINAPI
V. EDWARD FORMISANO

LOUISE A. HERMAN ✦▲
MICHAEL D. PUSHEE †
GREGORY A. MANCINI ▲
  of counsel

also member
▲ Massachusetts Bar
† Massachusetts Bar only
✦ New York Bar

RECEIVED
04 MAY 19 PM 2:51
U.S. ATTORNEY'S OFFICE
NEW HAVEN, CONNECTICUT

May 14, 2004

William Brown, Assistant U.S. Attorney
United States Attorney, District of Connecticut
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

RE: <u>Michele Cloutier v. Secretary of Navy</u>
    C.A. No. 3:02CV616(AHN)

Dear Bill:

This week I attempted to contact Ms. Cloutier's doctor regarding her ability to participate in a deposition and/or mental evaluation. When I receive confirmation that she is able to participate I will contact you. At the same time, I will have her review and sign the discovery and forward same to you.

As I stated in my voicemail message, I think we should move for a 3 month extension of the pretrial deadlines-- I hope the least extension.

I appreciate your cooperation and assistance with this difficult situation and look forward to speaking with you in the near future.

Very truly yours,

V. Edward Formisano

VEF/sl