UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND,<br>SECRETARY OF THE NAVY, | : | |
| | : | |
| Defendant. | | JUNE 2, 2004 |

**<u>DEFENDANT'S WITHDRAWAL OF MOTION TO COMPEL</u>**

Defendant respectfully withdraws his motion to compel written discovery, deposition appearances, and examination appearances [docket #42], filed May 28, 2004.  This withdrawal is prompted by Plaintiff's subsequent representation, through counsel, that she is available and medically able to review and sign discovery responses, appear for examination, and appear for deposition.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 2nd day of June, 2004, to:

Raymond T. Trebisacci
398 Liberty Street
Pawcatuck, Connecticut  06739

Edward Formisano
Sinapi, Formisano & Coleman
100 Midway Place
Suite 1
Cranston, Rhode Island  02920-5707

AUSA William Brown
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510.

 

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY