UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHELE CLOUTIER,
    Plaintiff

v.                             C.A. No. 3:02cv616 (AHN)

GORDON R. ENGLAND,
Secretary of the Navy,
    Defendant

FILED 2004 JUN -3 P 2: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on June 28, 2004, with the deadline for filing dispositive motions to occur on August 13, 2004.

As previously represented, the parties have not been able to complete discovery due to Plaintiff's health conditions. On May 25, 2004, Plaintiff's counsel was advised by one of her mental health providers that she is now able to participate in the litigation and discovery process. Plaintiff's physical as well as mental health has been a barrier to the completion of discovery and thus Defendant has not deposed the Plaintiff or had her examined by his own expert. Likewise, the Plaintiff has been unable to depose employees and/or agents of the Defendant due to Plaintiff's inability to participate in preparing for these key depositions. The parties believe that once these depositions occur, obstacles to settlement may be removed.

The parties do not anticipate having to request additional time to complete the discovery necessary to facilitate a productive

settlement, or, have the case prepared for trial. The parties are engaged in discussions to schedule the various depositions.

Based on the foregoing, the Plaintiff and Defendant respectfully request that this Court enter an Order extending the scheduling order, with the close of discovery to occur on September 28, 2004 and with dispositive motions due on November 13, 2004.

| Plaintiff, | Defendant, |
|---|---|
| By her Attorneys, | By his Attorneys, |
| Sinapi, Formisano & Co., Ltd. | Department of Justice |
| | |
| V. Edward Formisano | William Brown, ASA |
| Pro Hac Vice | U.S. Attorney's Office |
| 100 Midway Place, Suite 1 | District of Connecticut |
| Cranston, RI 02920 | 157 Church Street |
| (401) 944-9690 | 23rd Floor |
| (401) 943-9040 (facsimile) | New Haven, CT 06510 |
| | (203) 821-3700 |