UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHELE CLOUTIER, | : |
| Plaintiff, | : CIV. NO. 3:02cv616(AHN) |
| v. | : |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : |
| Defendant. | : JUNE 2, 2004 |

**DEFENDANT'S WITHDRAWAL OF MOTION TO COMPEL**

Defendant respectfully withdraws his motion to compel written discovery, deposition appearances, and examination appearances [docket #42], filed May 28, 2004. This withdrawal is prompted by Plaintiff's subsequent representation, through counsel, that she is available and medically able to review and sign discovery responses, appear for examination, and appear for deposition.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut  06103
(860) 947-1101
Federal Bar No. ct13437

*SO ORDERED*
ALAN H. NEVAS, U.S.D.J.
6/8/2004 APPROVED