44

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 JUN -3 P 2: 57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHELE CLOUTIER,
    Plaintiff

v.                                C.A. No. 3:02CV616(AHN)

GORDON R. ENGLAND,
Secretary of the Navy,
    Defendant

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the parties in the above-cited matter and do hereby move this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on June 2004, with the deadline for filing dispositive motions to occur August 13, 2004.

As previously represented, the parties have not been able to [comp]lete discovery due to Plaintiff's health conditions. On May 2004, Plaintiff's counsel was advised by one of her mental [heal]th providers that she is now able to participate in the [liti]gation and discovery process. Plaintiff's physical as well as [ment]al health has been a barrier to the completion of discovery and [the] Defendant has not deposed the Plaintiff or had her examined by [his] own expert. Likewise, the Plaintiff has been unable to depose employees and/or agents of the Defendant due to Plaintiff's inability to participate in preparing for these key depositions. The parties believe that once these depositions occur, obstacles to settlement may be removed.

The parties do not anticipate having to request additional time to complete the discovery necessary to facilitate a productive

---

Motion Granted.
Discovery cutoff date 9-28-04
Dispositive Motions due by 4-13-04
SO ORDERED
6/8/04
ALAN H. NEVAS, U.S.D.J.