UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHELE CLOUTIER,  :
    Plaintiff  :
      :
    v.  :    C.A. No. 3:02CV616(AHN)
      :
GORDON R. ENGLAND,  :
Secretary of the Navy,  :
    Defendant  :

### MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the Plaintiff in the above-cited matter and hereby moves this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on September 28, 2004, with the deadline for filing dispositive motions to occur on November 13, 2004.

As previously represented, the parties have not been able to complete discovery due to Plaintiff's health conditions. On May 25, 2004, Plaintiff's counsel was advised by one of her mental health providers that she was able to resume participation in the litigation and discovery process. Thereafter, until July, the Plaintiff responded to discovery propounded by the Defendant and underwent a mental examination pursuant to Fed.R.Civ.P. 35.

Since August, the Plaintiff has been undergoing testing for recurrence of cancer. The Plaintiff has been advised that she will undergo a mastectomy. Due to the foregoing, the Plaintiff has been unable to complete the second stage of the mental examination.[1]

---

[1] Defendant has represented that at the conclusion of the examination the parties may resume settlement discussions.

The Defendant has no objection to this motion. Defendant has requested a status conference with the Court.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order extending the scheduling order deadlines for a period of six months.

                         Respectfully Submitted,
                         Plaintiff,
                         By her Attorneys,
                         Sinapi, Formisano & Co., Ltd.

                         V. Edward Formisano
                         Pro Hac Vice
                         100 Midway Place, Suite 1
                         Cranston, RI 02920
                         (401)944-9690
                         (401)943-9040(facsimile)

## CERTIFICATION

TO:   William Brown, Assistant U.S. Attorney
       United States Attorney, District of Connecticut
       157 Church Street, 23rd Floor
       New Haven, Connecticut 06510

I hereby certify that a true copy of the within was mailed, postage prepaid, to the above-named counsel of record this 15 day of September, 2004.

VEF/cloutier.pld.