UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHELE CLOUTIER,                     :
    Plaintiff                     :
                               :
    v.                            :    C.A. No.  3:02CV616 (AHN)
                               :
GORDON R. ENGLAND,                    :
Secretary of the Navy,               :
    Defendant                     :

## MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the Plaintiff in the above-cited matter and hereby moves this Honorable Court for an Order extending the existing scheduling order deadlines.

The close of discovery is currently scheduled to occur on ember 28, 2004, with the deadline for filing dispositive ons to occur on November 13, 2004.

As previously represented, the parties have not been able to lete discovery due to Plaintiff's health conditions. On May 2004, Plaintiff's counsel was advised by one of her mental th providers that she was able to resume participation in the gation and discovery process. Thereafter, until July, the ntiff responded to discovery propounded by the Defendant and rwent a mental examination pursuant to Fed.R.Civ.P. 35.

Since August, the Plaintiff has been undergoing testing for rrence of cancer. The Plaintiff has been advised that she undergo a mastectomy. Due to the foregoing, the Plaintiff has been unable to complete the second stage of the mental examination.[1]

---

[1] Defendant has represented that at the conclusion of the examination the parties may resume settlement discussions.

ALAN H. NEVAS, U.S.D.J.

Motion Granted
Discovery cutoff date 3/28/05
Dispositive Motions due by 5/31/05
SO ORDERED
9/21/04