UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUL -7 P 12: 40

U.S. DISTRICT COURT
          PORT CT

| | | |
|---|---|---|
| MICHELE CLOUTIER, | : | |
| Plaintiff, | : | CIV. NO. 3:02CV616(AHN) |
| v. | : | |
| GORDON R. ENGLAND, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | ~~JUNE~~ JULY 6, 2005 |

**STIPULATION OF DISMISSAL**

It is hereby stipulated that this action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

PLAINTIFF,
MICHELE CLOUTIER

Date 6/17/05    By:  V. EDWARD FORMISANO
SINAPI, FORMISANO & COLEMAN
100 Midway Place
Suite 1
Cranston, Rhode Island  02920-5707
(401) 944-9690
Her Attorney

DEFENDANT,
GORDON R. ENGLAND, SECRETARY OF THE NAVY

Date 6 July 2005    By: _____
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Room 328
Hartford, Connecticut 06103
Tel. (860) 947-1101
Fed. Bar No. ct13437

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing has been mailed, postage prepaid, this 6th day of July, 2005, to:

Raymond T. Trebisacci
398 Liberty Street
Pawcatuck, CT  06739

Edward Formisano
Sinapi, Formisano & Company LTD
100 Midway Place
Suite 1
Cranston, RI 02920-5707

_____
CAROLYN A. IKARI
ASSISTANT UNITED STATES ATTORNEY

- 2 -